Leonard S. Spinelli, Esq. – 028042009
**GREENWALD DOHERTY LLP**
30 Ramland Road, Suite 201
Orangeburg, NY 10962
(845) 589-9300
ls@greenwaldllp.com
*Attorney for Defendant*, Interstate Waste Services

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| RONALD KELLY, | Civil Action No.: |
| Plaintiff, v. | Case No. 2:19-cv-009436-CCC-JBC |
| INTERSTATE WASTE SERVICES, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the above-entitled action, and all claims and counterclaims asserted therein, be dismissed with prejudice and with the parties specifically waiving any right to claim costs, disbursements or attorneys' fees as against each other arising from the instant litigation.

By: _____          Date: 6-17-19
     Ronald Kelly

By: _____          Date: 06/24/2019
     Leonard S. Spinelli, Esq.
     Greenwald Doherty LLP
     *Attorneys for Interstate Waste Services, Inc.*

SO ORDERED

_s/Claire C. Cecchi_
Claire C. Cecchi, U.S.D.J.

Date: 7/10/19

Plaintiff Initials: RK